United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 19-16416-mdc |
|---|---|
| Jeremy T. Tanner | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Feb 14, 2024 | Form ID: 138OBJ | Total Noticed: 19 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 16, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jeremy T. Tanner, 251 Chestnut Avenue, Media, PA 19063-5749 |
| 14442750 | + | TD Bank, N.A., c/o Martin A. Mooney, Esq., 950 New Loudon Road, Latham New York 12110-2100 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 15 2024 00:31:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 15 2024 00:31:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14404210 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 15 2024 00:46:36 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14419847 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 15 2024 00:35:36 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14404212 | + | Email/Text: bankruptcycollections@citadelbanking.com | Feb 15 2024 00:31:00 | Citadel FCU, Attn: Bankruptcy, 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 14404213 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 15 2024 00:31:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14439364 | | Email/Text: amps@manleydeas.com | Feb 15 2024 00:30:00 | JP Morgan Chase Bank, N.A., c/o Karina Velter, Esquire, PO BOX 165028, Columbus, OH 43216-5028 |
| 14441674 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 15 2024 00:35:37 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-5757, Phoenix AZ 85038-9505 |
| 14404211 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 15 2024 00:35:07 | Chase Auto Finance, Attn: Bankruptcy, Po Box 901076, Fort Worth, TX 76101 |
| 14439001 | | Email/Text: amps@manleydeas.com | Feb 15 2024 00:30:00 | JPMorgan Chase Bank, N.A., c/o Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14404215 | + | Email/PDF: pa_dc_claims@navient.com | Feb 15 2024 00:35:59 | Navient, Attn: Bankruptcy, Po Box 9640, Wiles-Barr, PA 18773-9640 |
| 14404214 | + | Email/PDF: pa_dc_claims@navient.com | Feb 15 2024 00:35:04 | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes-Barre, PA 18773-9640 |
| 14435150 | | Email/PDF: pa_dc_claims@navient.com | Feb 15 2024 00:35:03 | Navient PC TRUST c/o, Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 14404217 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 15 2024 00:35:41 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502 |
| 14437268 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 14, 2024 | Form ID: 138OBJ | Total Noticed: 19 |

|  |  | Feb 15 2024 00:35:04 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
|---|---|---|---|
| 14404218 | Email/Text: bankruptcy@td.com | Feb 15 2024 00:31:00 | TD Bank, Attn: Bankruptcy, 1701 Rt 70 E, Cherry Hill, NJ 08034 |
| 14404219 | Email/Text: bankruptcy@td.com | Feb 15 2024 00:31:00 | TD Bank, N.A., 32 Chestnut Street, Po Box 1377, Lewiston, ME 04243 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14404216 | *+ | Navient, Attn: Bankruptcy, Po Box 9640, Wiles-Barr, PA 18773-9640 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2024                                   Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 14, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor JPMORGAN CHASE BANK N.A. amps@manleydeas.com |
| BRIAN THOMAS LANGFORD | on behalf of Creditor Citadel Federal Credit Union PitEcf@weltman.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Jeremy T. Tanner help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Jeremy T. Tanner
       Debtor(s)

Case No: 19−16416−mdc
Chapter: 13

___

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 2/14/24

52 − 46
Form 138OBJ